FILED

07/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0322

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 20-0322

TYLER JACK SNIDER,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 28, 2020 to prepare, file, and serve the Appellant's Opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 28 2020